B. CRYSTAL & SON, Respondent, v. CITY OF NEW YORK, Defendant, and CAYUGA CONSTRUCTION CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

DINA STAUBER et al., Appellants, v. CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See *post*, p. 931.]

■

ISABELL T. RUEDIGER, Appellant, v. HUDSON & MANHATTAN RAILROAD COM-PANY, Respondent.— Order unanimously reversed, with $20 costs and disburse-ments to appellant, and the motion granted. The medical certificate was uncontested, the motion at Special Term was not opposed, and extreme cir-cumstances exist which warrant the granting of the motion. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

JOHN E. SILSON, Respondent, v. CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [Order advanced cause to Ready Jury Calendar.]

■

In the Matter of MORRIS GLUCK et al., Respondents, against GLUCK BROS., INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

In the Matter of SAMUEL SILVERMAN et al., Appellants. R. HOE & Co., INC., Respondent.— Retention of an expert was reasonably necessary by reason of respondent's failure to make the offer it was obliged to make, thus requiring appellants to go to an appraisal. The character and responsibility of the showing made by the expert bears on the value of his services and might warrant minimizing them. Under the circumstances, however, we believe some allowance for the expert was warranted, so we unanimously reverse the order, with $20 costs and disbursements, and grant the motion to fix the sum allowed at $5,000, which includes all disbursements. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Breitel, JJ.